UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| CYNTHIA S. NELMS, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 1:09-cv-236 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 19.] Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 13] is **DENIED**. Defendant's Motion for Summary Judgment [Court Doc. 17] is **GRANTED**. The Commissioner's denial of benefits is **AFFIRMED** and the instant action is **DISMISSED WITH PREJUDICE**. The Clerk shall close the case.

SO ORDERED this 12th day of August, 2010.

                                                         */s/ Harry S. Mattice, Jr.*
                                                     HARRY S. MATTICE, JR.
                                             UNITED STATES DISTRICT JUDGE